**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>TS EMPLOYMENT, INC.,<br><br>Debtor. | Case No. 15-10243 (MG)<br><br>Chapter 11 |
| JAMES S. FELTMAN, not individually but solely as chapter 11 trustee for TS Employment, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>KOSSOFF & KOSSOFF LLP and IRWIN KOSSOFF,<br><br>Defendants. | Adv. No. 18-1649 (MG) |

**STIPULATION AND ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the above-captioned adversary proceeding, that Defendant Irwin Kossoff's time to answer, move, or otherwise respond to the Amended Complaint, filed October 9, 2018, is hereby extended through December 21, 2018.

Dated: December 6, 2018

| | |
|---|---|
| /s/ *Vincent E. Lazar* | /s/ *Steven G. Storch* |
| Vincent E. Lazar | Steven G. Storch |
| JENNER & BLOCK LLP | STORCH AMINI PC |
| 353 North Clark Street | 140 East 45th Street, 25th Floor |
| Chicago, Illinois 60654 | New York, New York 10017 |
| Tel. (312) 222-9350 | Tel. (212) 490-4100 |
| Fax (312) 527-0484 | Fax (212) 490-4208 |
| vlazar@jenner.com | sstorch@storchamini.com |
| | |
| Richard Levin | *Attorney for Defendant Irwin Kossoff* |
| Carl Wedoff | |
| JENNER & BLOCK LLP | |
| 919 Third Avenue | |
| New York, New York 10022 | |
| Tel. (212) 891-1600 | |
| Fax (212) 909-0815 | |
| rlevin@jenner.com | |
| cwedoff@jenner.com | |

*Attorneys for the Chapter 11 Trustee*

SO ORDERED

Dated:   December 6, 2018

      New York, New York

                                          **/s/Martin Glenn**

                                          MARTIN GLENN

                                United States Bankruptcy Judge