UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re

    TS Employment, Inc.　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　　　　　　　　　　Case No. 15-10243 (MG)


------------------------------------------------------------x

James S. Feltman, *Not Individually*
*But Solely As Chapter 11 Trustee For*
*TS Employment, Inc.*

    v.

    Kossoff & Kossoff LLP　　　　　　　　　　Adversary Proceeding No.
　　　　　　　　　　　　　　　　　　　　　　　18-1649 (MG)

------------------------------------------------------------x

## ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

Case Management and Scheduling Order having been signed on January 17, 2019 (document no. 9), and a pre-trial conference having been scheduled for April 30, 2019 at 10:00 AM, and a final pre-trial conference having been scheduled for July 30, 2019 at 10:00 AM it is hereby,

ORDERED, that the pre-trial conference scheduled for April 30, 2019 at 10:00 AM is adjourned to May 7, 2019 at 10:00 AM. The case management conference will be held in Room 523 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004; and it is further

ORDERED, that the remainder of Case Management and Scheduling Order Signed on January 17, 2019 (document no. 9) will remain in effect.

Dated: New York, New York
      **January 31, 2019**                  */s/Martin Glenn*
                                                        THE HONORABLE MARTIN GLENN
                                                        UNITED STATES BANKRUPTCY JUDGE