**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TS EMPLOYMENT, INC.,<br>                    Debtor. | Chapter 11<br><br>Case No. 15-10243-mg |
| JAMES FELTMAN, not individually but solely as chapter 11 trustee for TS Employment, Inc.,<br>                    Plaintiff,<br><br>       - against -<br><br>KOSSOFF & KOSSOFF LLP and IRWIN KOSSOFF,<br>                    Defendants. | Adv. Pro. No. 18-01649-mg<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

The above-named Plaintiff and Defendants stipulate and agree that Defendants' time to answer or move with respect to the Amended Complaint, filed March 28, 2019 (ECF No. 16) is hereby extended through April 30, 2019.

Dated: April 3, 2019

JENNER & BLOCK LLP

/s/ Vincent E. Lazar
Vincent E. Lazar (vlazar@jenner.com)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
- and -
Richard Levin (rlevin@jenner.com)
Carl Wedoff (cwedoff@jenner.com)
919 Third Avenue
New York, New York 10022
(212) 891-1600
*Attorneys for Plaintiff*

STORCH AMINI PC

/s/ Jeffrey Chubak
Steven G. Storch (sstorch@storchamini.com)
Jeffrey Chubak (jchubak@storchamini.com)
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
*Attorneys for Defendants*

**SO ORDERED.**
Dated:        April 3, 2019
              New York, New York

                                              **/s/Martin Glenn**
                                              MARTIN GLENN
                                              United States Bankruptcy Judge