**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>TS EMPLOYMENT, INC.,<br><br>Debtor. | Case No. 15-10243 (MG)<br><br>Chapter 11 |
| JAMES S. FELTMAN, not individually but solely as chapter 11 trustee for TS Employment, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>KOSSOFF & KOSSOFF LLP and IRWIN KOSSOFF,<br><br>Defendants. | Adv. Proc. No. 18-1649 (MG) |

Please take notice that the case management conference in the above-captioned adversary proceeding has been adjourned to June 18, 2019 at 10:00 a.m. EDT.

Dated: New York, New York
      April 8, 2019

Respectfully submitted,

By: /s/ Vincent E. Lazar

Vincent E. Lazar
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel. (312) 222-9350
vlazar@jenner.com

Carl Wedoff
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022
Tel. (212) 891-1600
cwedoff@jenner.com

*Attorneys for the Chapter 11 Trustee*