**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TS EMPLOYMENT, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10243-mg |
| JAMES FELTMAN, not individually but solely as chapter 11 trustee for TS Employment, Inc.,<br>Plaintiff,<br><br>- against -<br><br>KOSSOFF & KOSSOFF LLP and IRWIN KOSSOFF,<br>Defendants. | Adv. Pro. No. 18-01649-mg |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND**

**TO AMENDED COMPLAINT**

[*The Order Continues on the Next Page*]

The above-named Plaintiff and Defendants stipulate and agree that Defendants' time to answer or move with respect to the Amended Complaint, filed March 28, 2019 (ECF No. 16) is hereby extended through May 14, 2019.

Dated: April 24, 2019

| JENNER & BLOCK LLP | STORCH AMINI PC |
|---|---|
| /s/ Vincent E. Lazar <br> Vincent E. Lazar <br> 353 North Clark Street <br> Chicago, Illinois 60654 <br> (312) 222-9350 <br> vlazar@jenner.com <br><br> - and - <br><br> Richard Levin <br> Carl Wedoff <br> 919 Third Avenue <br> New York, New York 10022 <br> (212) 891-1600 <br> rlevin@jenner.com <br> cwedoff@jenner.com <br> *Attorneys for Plaintiff* | /s/ Jeffrey Chubak <br> Steven G. Storch <br> Jeffrey Chubak <br> 140 East 45th Street, 25th Floor <br> New York, New York 10017 <br> (212) 490-4100 <br> sstorch@storchamini.com <br> jchubak@storchamini.com <br> *Attorneys for Defendants* |

**IT IS SO ORDERED.**

Dated: April 24, 2019
      New York, New York

                                                  **/s/Martin Glenn**
                                                  MARTIN GLENN

                                        United States Bankruptcy Judge