**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TS EMPLOYMENT, INC.,<br><br>                 Debtor. | Chapter 11<br><br>Case No. 15-10243-mg |
| JAMES FELTMAN, not individually but solely as chapter 11 trustee for TS Employment, Inc.,<br>                 Plaintiff,<br><br>   - against -<br><br>KOSSOFF & KOSSOFF LLP and IRWIN KOSSOFF,<br>                 Defendants. | Adv. Pro. No. 18-01649-mg<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT** |

The above-named Plaintiff and Defendants stipulate and agree that Defendants' time to answer the Second Amended Complaint (ECF No. 16) is hereby extended through August 2, 2019.

Dated: July 11, 2019

| JENNER & BLOCK LLP | STORCH AMINI PC |
|---|---|
| /s/ Vincent E. Lazar | /s/ Jeffrey Chubak |
| Vincent E. Lazar | Steven G. Storch |
| 353 North Clark Street | Jeffrey Chubak |
| Chicago, Illinois 60654 | 140 East 45th Street, 25th Floor |
| (312) 222-9350 | New York, New York 10017 |
| vlazar@jenner.com | (212) 490-4100 |
| - and - | sstorch@storchamini.com |
| Richard Levin | jchubak@storchamini.com |
| Carl Wedoff | *Attorneys for Defendants* |
| 919 Third Avenue | |
| New York, New York 10022 | |
| (212) 891-1600 | |
| rlevin@jenner.com | |
| cwedoff@jenner.com | |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED.**

Dated:  July 11, 2019
          New York, New York

                                         **/s/ Martin Glenn**
                                         MARTIN GLENN
                             United States Bankruptcy Judge