UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TS EMPLOYMENT, INC.,<br><br>          Debtors.<br><br>JAMES FELTMAN, not individually but solely as chapter 11 trustee for TS Employment, Inc.,<br><br>          Plaintiff,<br><br>- against -<br><br>KOSSOFF & KOSSOFF LLP and IRWIN KOSSOFF,<br><br>          Defendants. | Chapter 11<br><br>No. 15-bk-10243-mg<br><br>No. 18-ap-1649-mg<br><br>**DECLARATION OF JEFFREY CHUBAK** |

I, Jeffrey Chubak, hereby declare:

I am an associate at Storch Amini PC, counsel for Defendants in the above-captioned adversary proceeding, and submit this declaration in support of Defendants' motion to withdraw the reference. Annexed hereto as Exhibits 1-3 are true and correct copies of the following documents filed in the adversary proceeding:

| **Exhibit No.** | **Date Filed; ECF No.** | **Document Title** |
|---|---|---|
| 1 | March 28, 2019; ECF No. 16 | Second Amended Complaint |
| 2 | Aug. 2, 2019; ECF No. 31 | Answer |
| 3 | July 15, 2019; ECF No. 30 | Case Management and Scheduling Order |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this August 27, 2019.

                                                      /s/ Jeffrey Chubak